ENTERPRISES, INC. v. EQUIPMENT CO.

No. 213 PC.

No. 97 (Fall Term).

Case below: 41 N.C. App. 204.

Petition by third-party plaintiff Equipment Co. for discretionary review under G.S. 7A-31 allowed 23 August 1979.

HASSELL v. BANK

No. 207 PC.

Case below: 41 N.C. App. 296.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 23 August 1979.

HUNTER v. LIABILITY CO.

No. 228 PC.

Case below: 41 N.C. App. 496.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 23 August 1979.

IN RE ROGERS

No. 253 PC.

Case below: 41 N.C. App. 191.

Petition by respondent for writ of certiorari to North Carolina Court of Appeals allowed 23 August 1979 and the cause is remanded to the Court of Appeals for consideration of the case on its merits. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 23 August 1979.

PARISH v. PETERS

No. 249 PC.

Case below: 41 N.C. App. 767.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 23 August 1979.